**ORDERED ACCORDINGLY.**

# TIFFANY & BOSCO
### P.A.

Dated: November 20, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22972/1794993186

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ronald R. Olmsted and Leslie R. Olmsted<br>        Debtors.<br>_____<br>Mortgage Electronic Registrations Systems, Inc., as nominee for Chase Home Finance<br>        Movant,<br>  vs.<br>Ronald R. Olmsted and Leslie R. Olmsted, Debtors; Brian J. Mullen, Trustee.<br>        Respondents. | No. 2:09-bk-14201-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 34) |

      This matter having come before the Court for a Preliminary Hearing on November 17, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Harold E. Campbell, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated July 26, 2004, and recorded on August 2, 2004, in the office of the Maricopa County Recorder at Instrument No. 20040893076 wherein Mortgage Electronic Registrations Systems, Inc., as nominee for Chase Home Finance is the current beneficiary and Ronald R. Olmsted and Leslie R. Olmsted have an interest in, further described as:

LOT 211, WILD TREE, ACCORDING TO BOOK 373 OF MAPS, PAGE 40, RECORDS OF MARICOPA COUMTY, ARIZONA

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT